DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

HALL v. LASSITER

No. 126 PC.

Case below: 44 N.C. App. 23.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

HAWTHORNE v. REALTY SYNDICATE, INC.

No. 140 PC.

No. 103 (Spring Term).

Case below: 43 N.C. App. 436.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 6 February 1980. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question denied 6 February 1980.

HENRY v. DEPT. OF TRANSPORTATION

No. 166 PC.

Case below: 44 N.C. App. 170.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

IN RE DAIRY FARMS

No. 43.

Case below: 43 N.C. App. 459.

Appeal of Milk Commission dismissed on motion of Dairy Farms for lack of substantial constitutional question 6 February 1980.

IN RE HAYES

No. 132 PC.

Case below: 43 N.C. App. 515.

Petition by LeRoy Glenn Hayes for discretionary review under G.S. 7A-31 denied 6 February 1980.